608

475 A.2d 159

Commonwealth v. Abbett, Appellant.

Reargument Denied June 5, 1984.

Petition for Allowance of Appeal
Denied Oct. 12, 1984.

Submitted February 14, 1984. James M. Shellow, for appellant; John Michael Eakin, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

474 A.2d 639

Commonwealth v. Alston, Appellant.

Petition for Allowance of Appeal
Denied July 31, 1984.

Submitted November 28, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.